UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WALTER REED,

    Plaintiff,

v.                                              Case No.: 8:17-cv-199-T-27TBM

TRUCKING CAREERS OF AMERICA,
LLC, and CRST VAN EXPEDITED, INC.,

    Defendants.
_____/

## ORDER

    This cause is before the Court upon *sua sponte* review of Plaintiff's Amended Complaint and Demand for Jury Trial (Dkt. 6). Plaintiff's Amended Complaint, like his Complaint (Dkt. 1), is a shotgun pleading that incorporates all of the preceding paragraphs in each claim for relief, making it "'virtually impossible to know which allegations of fact are intended to support which claim(s) for relief.'" *Paylor v. Hartford Fire Ins. Co.*, 748 F.3d 1117, 1125-26 (11th Cir. 2014) (quoting *Anderson v. Dist. Bd. of Trs. of Cent. Fla. Cmty. Coll.*, 77 F.3d 364, 366 (11th Cir. 1996)). The proper remedy for a shotgun complaint is to strike the complaint and order a repleader. *Id.* at 1127.

    Accordingly, Plaintiff's Amended Complaint (Dkt. 6) is **STRICKEN**. Plaintiff is granted leave to file a Second Amended Complaint within **fourteen (14) days** of the date of this Order, failing which this case will be dismissed without further notice.

    **DONE AND ORDERED** this 13th day of February, 2017.

                                                            JAMES D. WHITTEMORE
                                                            United States District Judge

Copies to: Counsel of Record