**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WALTER REED, on behalf of himself
and on behalf of all others similarly situated,

        Plaintiff,

        v.                                      CASE NO.  8:17-CV-00199-JDW-CPT

CRST VAN EXPEDITED, INC., a foreign
for profit company,

        Defendant.
_____/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff, Walter Reed, on his own behalf and on behalf of the putative classes he seeks to represent, hereby provides the Court Notice of Supplemental Authority and states:

1. Plaintiff's Amended Motion for Class Certification (Dkt.97) and Defendant's Response in Opposition to Plaintiff's Amended Motion for Class Certification and Incorporated Memorandum of Law (Dkt.138) are currently pending before the Court.  The Supplemental Authority (Exhibit "A," attached hereto) specifically addresses jurisdictional arguments asserted by Defendant in Defendant's Response in Opposition to Plaintiff's Amended Motion for Class Certification and Incorporated Memorandum of Law (Dkt. 138, Pp. 18-19).

2. The Supplemental Authority is relevant to the Court's jurisdiction over non-resident putative class members.  Defendant posits the Court does not have jurisdiction over non-resident members of the putative classes pursuant to *Bristol-Myers Squibb Co. v. Superior Court of Cal., San Francisco County*, -- U.S --, 137 S.Ct. 1773 (2017).  However, a sister Court in the Northern District of Georgia recently rejected similar arguments, also in the context of a class

action lawsuit pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681b(b)(3). *Sanchez v. Launch Technical Workforce Solutions*, LLC, 1:17-CV-01904-ELR, 2018 WL 942963 (N.D.Ga., Atlanta Division, February 14, 2018). Importantly, the *Sanchez* court held *Bristol-Myers* does not apply to federal class action lawsuits, and thus the court had jurisdiction over non-resident class members.
*Respectfully submitted,*

**MORGAN & MORGAN, P.A.**

**/s/** *Marc R. Edelman*
**MARC R. EDELMAN, ESQ.**
Fla. Bar No. 0096342
201 N. Franklin Street, #700
Tampa, FL 33602
Telephone 813-223-5505
Fax: 813-257-0572
MEdelman@forthepeople.com

**ANDREW FRISCH, ESQ.**
Fla. Bar No. 27777
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone: [954] WORKERS
Facsimile: [954] 327-3013
AFrisch@forthepeople.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of May, 2018, a copy of the foregoing was served electronically to the following:

E. Holland Howanitz, Esq.
Wicker, Smith, O'Hara, McCoy & Ford, P.A.
50 North Laura Street, Suite 2700
Jacksonville, Florida 32202
Ehowanitz@wickersmith.com
*Attorney for Defendant*

Molly A. Arranz, Esq.
Smithamundsen, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Marranz@salawus.com
*Pro Hac Vice, Attorney for Defendant*

**/s/** *Marc R. Edelman*
Marc R. Edelman, Esq.